# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROGER F. MARSHALL ,

    Petitioner,

v.

KATHLEEN SUTTIE, MARK HIESE,
MATTHEW FRANKS and WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-485-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____9/24/08_____
Date